THE PEOPLE OF THE STATE OF NEW YORK ex rel. REMFORD CORPORATION, Appellant-Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [211 Central Park West, Borough of Manhattan.] — Order unanimously modified by reducing the value of the land to $1,150,000 and as so modified affirmed, with $20 costs and disbursements to the relator. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

## (March 15, 1948.)

ARWIN SPORTSWEAR CO., INC., Respondent, v. MICHELINA SALERNO, Doing Business as ELIOS TAILORING COMPANY, Appellant.

*Per Curiam.* Sections 1120 and 1124 of the Civil Practice Act were not complied with insofar as the second cause of action is concerned. These provisions are mandatory (*Kram* v. *Manufacturers Trust Co.*, 238 App. Div. 680). Moreover, there is not a sufficient basis in the record to support the damages awarded in either cause of action. The judgment should be reversed and a new trial ordered on all issues, with costs to the appellant to abide the event.

Cohn, Callahan, Van Voorhis and Shientag, JJ., concur; Dore, J. P., concurs in result.

Judgment unanimously reversed and a new trial ordered on all issues, with costs to the appellant to abide the event. Settle order on notice.